Philip C. Bourdette SBN #47492
BOURDETTE & PARTNERS
2924 West Main Street
Visalia, CA 93291
(559) 625-8425
Fax (559) 625-8491

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT – EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| EDWARD POWELL,<br><br>　　　　Plaintiff,<br>　v.<br><br>TA OPERATION CORPORATION dba TRAVELCENTERS OF AMERICA, a Delaware Corporation, Tti HOLDINGS, a Nevada Corporation.,<br><br>　　　　Defendants. | Case No. 1:05-CV-01404-SMS<br><br>STIPULATION OF DISMISSAL<br>& ORDER |

　　　　IT IS HEREBY STIPULATED by and between the parties through their designated counsel that the above-captioned action be dismissed with prejudice as to all parties and all causes of action pursuant to Fed. R. Civ. P. 41(a)(1.)  Each side shall bear its own costs and attorney's fees.

Dated: March 6, 2008　　　　　　　　　　　BOURDETTE & PARTNERS


　　　　　　　　　　　　　　　　　　　　　　By: ___/s/ Miriam Bourdette_____
　　　　　　　　　　　　　　　　　　　　　　　　Miriam Bourdette
　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

Stipulation of Dismissal & Order

1

PDF created with pdfFactory trial version www.pdffactory.com

Dated:  March 6, 2008                                MYERS & MAYFIELD


                                                     By:   /s/ Lori R. Mayfield
                                                        Lori R. Mayfield
                                                        Attorneys for Defendants


## **ORDER**

    IT IS HEREBY ORDERED, in accordance with the agreement between the parties, that the above-entitled action be dismissed with prejudice, with each party to bear own costs and attorney's fees.


Dated:  3/14/2008                           /s/ Sandra M. Snyder
                                            Honorable Magistrate Judge Sandra M. Snyder

Stipulation of Dismissal & Order

PDF created with pdfFactory trial version www.pdffactory.com